UNITED STATES of America,
Plaintiff–Appellee,

v.

Antwon Joshua WESLEY,
Defendant–Appellant.

Nos. 14–12382, 14–12383
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 26, 2015.

Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Edwin F. Knight, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Antwon Joshua Wesley, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgments revoking Wesley's supervised release and imposing his resulting sentences are **AFFIRMED.**